```
Docket as of July 5, 2000  7:48 pm                        Page 1

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp        PROTO
                                                             PROTO
                         U.S. District Court
     U.S. District Court for the District of Oregon (Portland)

              CIVIL DOCKET FOR CASE #: 99-CV-755

Temco Metal Products v. GT Development Corp       Filed: 05/27/99
Assigned to: Honorable Garr M King
Demand: $0,000                          Nature of Suit:  190
Lead Docket: None                       Jurisdiction: Federal Question
Dkt # in Multnomah County : is 990505705

Cause: 28:1441 Petition for Removal- Breach of Contract


   TEMCO METAL PRODUCTS, an         Carol J Bernick
   Oregon corporation               [COR LD]
         Plaintiff                  Davis Wright Tremaine
                                    1300 SW 5th Avenue
                                    Suite 2300
                                    Portland, OR 97201
                                    503-241-2300
                                    FTS 778-5299



      v.


   GT DEVELOPMENT CORP, a           Gregory Joseph Miner
   Washington corporation           [COR LD NTC]
         Defendant                  Preston Gates & Ellis LLP
                                    222 SW Columbia St
                                    Suite 1400
                                    Portland, OR 97201-6632
                                    503-228-3200
                                    FTS 248-9085

                                    Steven R Peltin
                                    [COR LD]
                                    Preston Gates & Ellis
                                    701 Fifth Ave
                                    5000 Columbia Center
                                    Seattle, WA 98104-7078
                                    206-623-7580
                                    FTS 467-6682



   =======================


   GT DEVELOPMENT CORP              Gregory Joseph Miner
         Counter-claimant           [COR LD NTC]
                                    Preston Gates & Ellis LLP
```

```
Docket as of July 5, 2000 7:48 pm                       Page 2

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp           PROTO
                              222 SW Columbia St
                              Suite 1400
                              Portland, OR 97201-6632
                              503-228-3200
                              FTS 248-9085

                              Steven R Peltin
                              [COR]
                              Preston Gates & Ellis
                              701 Fifth Ave
                              5000 Columbia Center
                              Seattle, WA 98104-7078
                              206-623-7580
                              FTS 467-6682



     -------------------------


     TEMCO METAL PRODUCTS     Carol J Bernick
          Counter-defendant   [COR LD NTC]
                              Davis Wright Tremaine
                              1300 SW 5th Avenue
                              Suite 2300
                              Portland, OR 97201
                              503-241-2300
                              FTS 778-5299



     =========================


     GT DEVELOPMENT CORP      Gregory Joseph Miner
          Counter-claimant    [COR LD NTC]
                              Preston Gates & Ellis LLP
                              222 SW Columbia St
                              Suite 1400
                              Portland, OR 97201-6632
                              503-228-3200
                              FTS 248-9085

                              Steven R Peltin
                              [COR LD]
                              Preston Gates & Ellis
                              701 Fifth Ave
                              5000 Columbia Center
                              Seattle, WA 98104-7078
                              206-623-7580
                              FTS 467-6682


     -------------------------
```

```
Docket as of July 5, 2000 7:48 pm                    Page 3

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp              PROTO

TEMCO METAL PRODUCTS            Carol J Bernick
     Counter-defendant          [COR LD]
                                Davis Wright Tremaine
                                1300 SW 5th Avenue
                                Suite 2300
                                Portland, OR 97201
                                503-241-2300
                                FTS 778-5299
```

```
Docket as of July 5, 2000 7:48 pm                       Page 4

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp          PROTO

 5/27/99   1        NOTICE OF REMOVAL by Defendant GT Development Corp  ( Cause
                    of Action: 28:1441bc )  from Multnomah County Circuit Court
                    Receipt # 411271 (kirk)

 5/27/99   2        ORDER Setting Discovery Schedule: Discovery due 9/24/99 &
                    Pretrial order due 10/25/99 (kirk)

 5/27/99   3        DECLARATION by Defendant GT Development Corp of Gregory J.
                    Miner (kirk)

 5/27/99   4        DECLARATION by Defendant GT Development Corp of Michael
                    Bozich (kirk)

 5/27/99   5        MOTION by Plaintiff FOR TEMPORARY RESTRAINING ORDER (kirk)
                    [Entry date 05/28/99]

 5/27/99   6        MEMORANDUM IN SUPPORT by Plaintiff of MOTION FOR TEMPORARY
                    RESTRAINING ORDER [5-1] (kirk) [Entry date 05/28/99]

 5/27/99   7        AFFIDAVIT by Plaintiff of Bruce Bosch in Support of MOTION
                    FOR TEMPORARY RESTRAINING ORDER [5-1] (kirk)
                    [Entry date 05/28/99]

 5/27/99   8        AFFIDAVIT by Plaintiff of Caroline R. Guest in Support of
                    MOTION FOR TEMPORARY RESTRAINING ORDER [5-1] (kirk)
                    [Entry date 05/28/99]

 5/27/99   9        RECORD OF ORDER by Honorable Garr M. King: SETTING
                    Plaintiffs MOTION FOR TEMPORARY RESTRAINING ORDER [5-1] on
                    the Oral Argument Calendar at 10:00am on 5/28/99 (counsel
                    notified) (kirk) [Entry date 05/28/99]

 5/28/99  10        MEMORANDUM by Defendant IN OPPOSITION to MOTION FOR
                    TEMPORARY RESTRAINING ORDER [5-1]; Reply due 6/11/99 (kirk)

 5/28/99  11        DECLARATION by Defendant of Michael Bozich (kirk)

 5/28/99  12        DECLARATION by Defendant of Gabe Fasolino (kirk)

 5/28/99  13        TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE;
                    GRANTING plaintiffs MOTION FOR TEMPORARY RESTRAINING ORDER
                    [5-1] (see formal 2 page order); Setting a show cause
                    hearing on 6/16/99 at 9:00am. Honorable Garr M. King (ljb)

 5/28/99  14        RECORD OF PROCEEDINGS (TRO Hearing) before Honorable Garr
                    M. King; Plaintiff's witness Whilliam Bruce Bosch sworn;
                    MOTION FOR TEMPORARY RESTRAINING ORDER taken under
                    advisement [5-1];  order to show cause hearing set for
                    9:00am on 6/16/99; parties to file all additional
                    materials pertinent to the preliminary injunction hearing
                    by 6/15/99. (counsel notified) Court Rptr Jerry Harris (ljb)
```

```
5/28/99   15      AMENDED COMPLAINT [1-2] by Plaintiff Temco Metal Products
                  (kirk) [Entry date 06/01/99]
```

Docket as of July 5, 2000 7:48 pm                    Page 5

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp            PROTO

```
5/28/99   16      MOTION by Plaintiff FOR PRELIMINARY INJUNCTION Oral
                  Argument Requested (kirk) [Entry date 06/01/99]

6/1/99    17      BOND re: TRO in the amount of $5,000.00; Signed 6/1/99 by
                  the Honorable Garr M. King (kirk)

6/4/99    18      ANSWER [15-1] and COUNTER-CLAIMS by Defendant GT
                  Development Corp against Plaintiff Temco Metal Products
                  (kirk) [Entry date 06/07/99]

6/8/99    19      STIPULATED ORDER TO CONTINUE THE TEMPORARY RESTRAINING
                  ORDER: Parties Stipulate that the Order shall remain in
                  full force & effect until the Court rules on Plaintiffs
                  Moton for Preliminary Injunction; Signed 6/7/99 by the
                  Honorable Garr M. King (counsel notified) (kirk)
                  [Entry date 06/09/99]

6/8/99    20      RECORD OF PROCEEDINGS (Telephone Conference Call) before
                  Honorable Garr M. King: The court addressed document
                  production by Plaintiff & deposition testimony by
                  Plaintiffs employees that pertained to alleged trade
                  secrets  (counsel notified) (kirk) [Entry date 06/09/99]

6/10/99   21      RECORD OF PROCEEDINGS (Telephone Conference) before
                  Honorable Garr M. King: The court addressed Defendants
                  objections to Plaintiffs proposed protective order & other
                  issues related to discovery of the alleged trade secrets;
                  Both parties requested a copy of the transcript of the
                  telephone conference  (counsel notified) Court Rptr :
                  Dennis Grube (kirk)

6/14/99   22      TRANSCRIPT of 6/10/99 Telephone Conference before Honorable
                  Garr M. King; Court Reporter: Dennis R. Grube (kirk)
                  [Entry date 06/15/99]

6/15/99   23      SUBSTITUTION of Attorney Carol J Bernick replacing attorney
                  Caroline R Guest for Temco Metal Products (kirk)

6/15/99   24      RETURN OF SERVICE EXECUTED upon Defendant GT Development
                  Corp   on 6/3/99 (kirk)

6/15/99   25      STIPULATED PROTECTIVE ORDER: Signed 6/14/99  (microfilmed
                  6/15/99) Honorable Garr M. King (See formal 7-Page Order)
                  (counsel notified) (kirk)

6/15/99   26      MOTION by Plaintiff FOR LEAVE TO FILE SECOND AMENDED
                  COMPLAINT (kirk)

6/15/99   27      MOTION by Plaintiff FOR PRELIMINARY INJUNCTION (kirk)
```

```
6/15/99    28       MEMORANDUM IN SUPPORT by Plaintiff of MOTION FOR
                    PRELIMINARY INJUNCTION [27-1] (kirk)
```

Docket as of July 5, 2000 7:48 pm                    Page 6

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp            PROTO

```
6/15/99    29       BRIEF by Defendant IN OPPOSITION to Plaintiffs MOTION FOR
                    PRELIMINARY INJUNCTION [16-1]; Reply due 6/29/99 (kirk)

6/15/99    30       EXHIBIT LIST by Defendant (DOCUMENT FILED UNDER SEAL) (kirk)

6/15/99    31       EXHIBIT LIST by Plaintiff (kirk)

6/15/99    32       RECORD OF PROCEEDINGS (Telephone Conference) before
                    Honorable Garr M. King: 6/16/99 Preliminary Injunction
                    hearing will proceed as scheduled  (counsel notified) (kirk)
                    [Entry date 06/17/99]

6/16/99    33       RECORD OF PROCEEDINGS (Preliminary Injunction Hearing)
                    before Honorable Garr M. King: Plaintiffs Oral Motion to
                    exclude witnesses is GRANTED; Witnesses sworn & evidence
                    adduced; MOTION FOR PRELIMINARY INJUNCTION [27-1], & MOTION
                    FOR PRELIMINARY INJUNCTION [16-1] hearing continued to
                    6/17/99 at 10:00am (counsel notified) Court Rptr : Dennis
                    Grube (kirk) [Entry date 06/18/99]

6/17/99    34       RECORD OF PROCEEDINGS (Preliminary Injunction Hearing)
                    before Honorable Garr M. King: TAKING UNDER ADVISEMENT on
                    6/17/99 MOTIONS FOR PRELIMINARY INJUNCTION [27-1] & [16-1];
                    Parties stipulate to continue TRO until decision is made on
                    Preliminary Injunction; Witnesses sworn & evidence adduced;
                    ORDER Parties to submit arguments & proposed Findings of
                    Fact of Law in writing by 6/23/99; Plaintiffs oral motion
                    to seal Defendants exhibits 107 & 118 & Plaintiffs exhibit
                    10 is GRANTED; Exhibits returned to counsel; (counsel
                    notified) Court Rptr : Dennis Grube (kirk)
                    [Entry date 06/18/99]

6/17/99    35       CLERK'S LIST OF EXHIBITS AND WITNESSES (kirk)
                    [Entry date 06/18/99]

6/22/99    36       APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney
                    Steven R. Peltin; Local Counsel: Gregory J. Miner
                    representing Defendant GT Development Corp; Fee paid,
                    receipt # 411666; Approved 6/21/99 by Honorable Garr M.
                    King (counsel notified) (kirk) [Entry date 06/23/99]

6/23/99    37       TRANSCRIPT of 5/28/99 TRO Hearing before Honorable Garr M.
                    King; Court Reporter: Jerry C. Harris (kirk)

6/23/99    38       RECORD OF ORDER by Honorable Garr M. King: Clarifying that
                    at the Preliminary Injunction Hearing held 6/17/99, an oral
                    motion to amend the complaint to add a claim for contract
                    reformation was made by Plaintiff; That motion was taken
```

```
                     Under Advisement (counsel notified) (kirk)
                     [Entry date 06/24/99]

 6/25/99    39       PROPOSED FINDINGS OF FACT by Defendants (DOCUMENT FILED
                     UNDER SEAL) (kirk) [Entry date 06/28/99]
```

Docket as of July 5, 2000 7:48 pm                     Page 7

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp          PROTO

```
 6/25/99    40       MEMORANDUM OF POINTS & AUTHORITIES filed by Defendant
                     (DOCUMENT FILED UNDER SEAL) (kirk) [Entry date 06/28/99]

 6/25/99    41       PROPOSED FINDINGS OF FACT and CONCLUSIONS OF LAW filed by
                     Plaintiff (kirk) [Entry date 06/28/99]

 6/25/99    42       CLOSING BRIEF IN SUPPORT by Plaintiff of MOTION FOR
                     PRELIMINARY INJUNCTION [27-1] (kirk) [Entry date 06/28/99]

 7/2/99     43       FINDINGS OF FACT, CONCLUSIONS OF LAW & PRELIMINARY
                     INJUNCTION by Honorable Garr M. King: ORDER GRANTING
                     Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [27-1];
                     GRANTING Plaintiffs MOTION FOR LEAVE FILE SECOND AMENDED
                     COMPLAINT [26-1]; ORDER FINDING Plaintiffs MOTION
                     PRELIMINARY INJUNCTION [16-1] is duplicative & is DENIED as
                     MOOT; (See formal 14-Page Findings of Fact, Conclusions of
                     Law & Preliminary Injunction) Signed 7/2/99 (FILED AS A
                     SEALED DOCUMENT)(counsel notified) (kirk)
                     [Entry date 07/06/99]

 7/6/99     44       TRANSCRIPT of 6/16/99 Preliminary Injunction Proceedings
                     (Volume 1) held before the Honorable Garr M. King; Court
                     Reporter: Dennis R. Grube (kirk)

 7/6/99     45       TRANSCRIPT of 6/17/99 Preliminary Injunction Proceedings
                     (Volume 2) held before the Honorable Garr M. King; Court
                     Reporter: Dennis R. Grube (kirk)

 7/8/99     46       ANSWER & AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT
                     [15-1] and COUNTER-CLAIM by Defendant against Plaintiff
                     (kirk) [Entry date 07/12/99]

 7/19/99    47       SECOND AMENDED COMPLAINT [15-1] by Plaintiff (kirk)
                     [Entry date 07/20/99]

 7/19/99    48       MOTION by Plaintiff TO AMEND INJUNCTION & ALTERNATIVELY TO
                     AMEND THE FINDINGS OF FACT Oral Argument Requested
                     (Expedited Hearing Requested) (kirk) [Entry date 07/20/99]

 7/19/99    49       MEMORANDUM IN SUPPORT by Plaintiff of MOTION TO AMEND
                     INJUNCTION & ALTERNATIVELY TO AMEND THE FINDINGS OF FACT
                     [48-1] (kirk) [Entry date 07/20/99]

 7/21/99    50       RECORD OF PROCEEDINGS (telephone conference) before
                     Honorable Garr M. King;  GRANTING in part and denying in
                     part plaintiffs MOTION TO AMEND INJUNCTION & ALTERNATIVELY
```

```
                    TO AMEND THE FINDINGS OF FACT [48-1]; ORDER: the injuction
                    is extended to 11/17/99 (see transcript) (counsel notified)
                    Rptr Dennis Grube (ljb) [Entry date 07/26/99]

 7/23/99   51       TRANSCRIPT of telephone conference of 7/21/99 before
                    Honorable Garr M. King court reporter: Dennis Grube (ljb)
                    [Entry date 07/26/99]
```

Docket as of July 5, 2000  7:48 pm                    Page 8

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp            PROTO

```
 7/29/99   52       ANSWER TO Defendants COUNTERCLAIM [46-2] by Plaintiff/
                    Counter-defendant (kirk) [Entry date 07/30/99]

 9/23/99   53       MOTION  by Plaintiff Temco Metal Products TO EXTEND
                    DISCOVERY AND PRETRIAL ORDER DEADLINES (tely)

 9/24/99   54       RECORD OF ORDER  by Honorable Garr M. King GRANTING
                    Plaintiffs MOTION TO EXTEND DISCOVERY AND PRETRIAL ORDER
                    DEADLINES [53-1]. Discovery ddl set for 10/25/99 & pretrial
                    order ddl set for 11/24/99. ORDER setting Rule 16
                    Conference via telephone for 9:00am on 10/13/99 (counsel
                    notified)  Court Rptr none (tely)

 9/24/99   55       MOTION  by Plaintiff Temco Metal Products FOR LEAVE TO
                    FILE 3RD AMENDED COMPLAINT  Oral Argument Requested (tely)
                    [Entry date 09/27/99]

 9/24/99   56       MEMORANDUM IN SUPPORT by Plaintiff Temco Metal Products of
                    MOTION FOR LEAVE TO FILE 3RD AMENDED COMPLAINT [55-1] (tely)
                    [Entry date 09/27/99]

 9/24/99   57       AFFIDAVIT by Plaintiff Temco Metal Products  of Kathleen R
                    Dent re: MOTION FOR LEAVE TO FILE 3RD AMENDED COMPLAINT
                    [55-1] (tely) [Entry date 09/27/99]

 9/28/99   58       RULE 16 ORDER  by Honorable Garr M. King  setting Rule 16
                    Conference for 10/13/99 at 9am by phone [54-2] Signed
                    9/27/99 (counsel notified) (tely)

 10/4/99   59       RECORD OF ORDER  by Honorable Garr M. King RESETTING Rule
                    16 Conference via telephone to 2:30pm on 10/12/99 (counsel
                    notified) Rptr none (tely) [Entry date 10/05/99]

 10/8/99   60       MEMORANDUM by Defendant GT Development Corp  IN OPPOSITION
                    to Plaintiff's MOTION FOR LEAVE TO FILE 3RD AMENDED
                    COMPLAINT [55-1] Reply due 10/22/99 (tely)
                    [Entry date 10/12/99]

 10/12/99  61       RECORD OF PROCEEDINGS Of Telephone Rule 16 Conference
                    before Honorable Garr M. King DENYING Plaintiffs MOTION FOR
                    LEAVE TO FILE 3RD AMENDED COMPLAINT [55-1].  Discovery ddl
                    set for 10/25/99; dispositive motions ddl set for 11/24/99;
                    pretrial order/exchanging of expert reports ddl set for
                    3/1/00 ; pretrial conference set for 2:30pm on 4/17/00; 4
```

```
                         day jury trial set for 9:00am on 4/25/00 in Portland.
                         (counsel notified) Court Rptr Dennis Grube (tely)
                         [Entry date 10/13/99]

10/19/99  62             TRIAL MANAGEMENT ORDER  by Honorable Garr M. King Pretrial
                         conference set for 4/17/2000 at 2:30pm & 4 day jury trial
                         set for 4/25/2000 at 9am  [61-3] Signed 10/15/99 (counsel
                         notified) (tely)
```

Docket as of July 5, 2000  7:48 pm                        Page 9

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp              PROTO

```
11/5/99   63             MOTION  by Plaintiff  TO EXTEND THE PRELIMINARY INJUNCTION
                         FROM 11/17/99 TO 2/17/2000 (tely)

11/5/99   64             MEMORANDUM IN SUPPORT by Plaintiff Temco Metal Products of
                         MOTION  TO EXTEND THE PRELIMINARY INJUNCTION FROM 11/17/99
                         TO 2/17/2000 [63-1] (tely)

11/5/99   65             AFFIDAVIT by Plaintiff Temco Metal Products  of W Bruce
                         Bosch re: MOTION  TO EXTEND THE PRELIMINARY INJUNCTION FROM
                         11/17/99 TO 2/17/2000 [63-1] (tely)

11/8/99   66             MOTION  by Plaintiff Temco Metal Products FOR  EXPEDITED
                         HEARING ON PLAINTIFFS MOTION TO EXTEND THE PRELIMINARY
                         INJUNCTION FILED 11/5/99 (tely)

11/10/99  67             MEMORANDUM by Defendant in Opposition to Plaintiff's MOTION
                         TO EXTEND THE PRELIMINARY INJUNCTION [63-1]; Oral Argument
                         Requested; Reply due 11/24/99; (FILED UNDER SEAL). (peg)
                         [Entry date 11/12/99]

11/10/99  68             AFFIDAVIT of Gregory J. Miner, submitted by Defendant;
                         (FILED UNDER SEAL). (peg) [Entry date 11/12/99]

11/10/99  69             AFFIDAVIT of Alan K. Forsythe submitted by Defendant;
                         (FILED UNDER SEAL); not an original signature. (peg)
                         [Entry date 11/12/99]

11/12/99  70             REPLY IN SUPPORT by Plaintiff Temco Metal Products  re
                         MOTION  TO EXTEND THE PRELIMINARY INJUNCTION FROM 11/17/99
                         TO 2/17/2000 [63-1] (tely) [Entry date 11/15/99]

11/12/99  71             RECORD OF ORDER  by Honorable Garr M. King SETTING
                         Plaintiffs  MOTION TO EXTEND THE PRELIMINARY INJUNCTION
                         FROM 11/17/99 TO 2/17/2000 [63-1] Telephone argument set
                         for 10:00 11/15/99 (counsel notified)  Court Rptr none (tely)
                         [Entry date 11/15/99]

11/15/99  72             RECORD OF PROCEEDINGS Of Telephone Conference  before
                         Honorable Garr M. King GRANTING Plaintiffs  MOTION FOR
                         EXPEDITED HEARING ON PLAINTIFFS MOTION TO EXTEND THE
                         PRELIMINARY INJUNCTION FILED 11/5/99 [66-1]. ORDER GRANTING
                         Plaintiffs MOTION TO EXTEND THE PRELIMINARY INJUNCTION FROM
```

```
                       11/17/99 TO 11/30/99 [63-1]  (counsel notified) Court
                       Rptr Dennis Grube (tely) [Entry date 11/18/99]

11/17/99  73           ORIGINAL AFFIDAVIT by Defendant GT Development Corp   of
                       Alan K Forsythe re: affidavit [69-1] (FILED UNDER SEAL)
                       (tely) [Entry date 11/18/99]

11/19/99  74           DECLARATION by Plaintiff Temco Metal Products  of Ingrid M
                       McTaggart (tely) [Entry date 11/22/99]

11/23/99  75           MOTION  by Plaintiff Temco Metal Products FOR PARTIAL
                       SUMMARY JUDGMENT (tely)




Docket as of July 5, 2000 7:48 pm                     Page 10

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp            PROTO


11/23/99  76           MEMORANDUM IN SUPPORT by Plaintiff Temco Metal Products of
                       MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1] (tely)

11/23/99  77           CONCISE STATEMENT OF MATERIAL FACTS by Plaintiff Temco
                       Metal Products in support of MOTION FOR PARTIAL SUMMARY
                       JUDGMENT [75-1] (tely)

11/23/99  78           AFFIDAVIT by Plaintiff Temco Metal Products  of Kalthleen R
                       Dent re: MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1] (tely)

11/24/99  79           RECORD OF ORDER  by Honorable Garr M. King TAKING
                       Plaintiffs MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1]
                       under advisement as of 12/28/99  (counsel notified)  Court
                       Rptr none (tely)

11/24/99  80           MOTION  by Defendant GT Development Corp FOR SUMMARY
                       JUDGMENT  (FILED UNDER SEAL) (tely) [Entry date 11/29/99]

11/24/99  81           MEMORANDUM IN SUPPORT by Defendant GT Development Corp of
                       MOTION FOR SUMMARY JUDGMENT [80-1] (FILED UNDER SEAL) (tely)
                       [Entry date 11/29/99]

11/24/99  82           CONCISE STATEMENT OF MATERIAL FACTS by Defendant GT
                       Development Corp in support of MOTION FOR SUMMARY JUDGMENT
                       [80-1]  (FILED UNDER SEAL) (tely) [Entry date 11/29/99]

11/24/99  83           DECLARATION by Defendant GT Development Corp  of Gregory J
                       Miner re MOTION FOR SUMMARY JUDGMENT [80-1] (FILED UNDER
                       SEAL) (tely) [Entry date 11/29/99]

11/24/99  84           DECLARATION by Defendant GT Development Corp  of Gabe
                       Fasolino re MOTION FOR SUMMARY JUDGMENT [80-1] (FILED UNDER
                       SEAL) (tely) [Entry date 11/29/99]

11/24/99  85           RECORD OF ORDER  by Honorable Garr M. King TAKING
                       Defendants MOTION FOR SUMMARY JUDGMENT [80-1]  under
                       advisement as of 12/28/99  (counsel notified)  Court Rptr
                       none (tely) [Entry date 11/29/99]
```

```
12/3/99   86      MOTION   by Plaintiff Temco Metal Products   TO EXTEND TIME
                  TO 12/13/99 TO FILE RESPONSE TO DEFENDANTS MOTION FOR
                  SUMMARY JUDGMENT [80-1] (tely) [Entry date 12/06/99]

12/6/99   87      MOTION   by Defendant GT Development Corp TO CONSOLIDATE
                  CASE WITH CV99-1664-JE (tely)

12/6/99   88      MEMORANDUM IN SUPPORT by Defendant GT Development Corp of
                  MOTION TO CONSOLIDATE CASE WITH CV99-1664-JE [87-1] (tely)

12/6/99   89      DECLARATION by Defendant GT Development Corp  of Gregory J
                  Miner re MOTION TO CONSOLIDATE CASE WITH CV99-1664-JE
                  [87-1] (tely)




          Docket as of July 5, 2000 7:48 pm                 Page 11

          Proceedings include all events.
          3:99cv755 Temco Metal Products v. GT Development Corp          PROTO

12/6/99   91      RECORD OF ORDER   by Honorable Garr M. King GRANTING
                  Plaintiffs MOTION TO EXTEND TIME TO 12/13/99 TO FILE
                  RESPONSE TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT [80-1]
                  [86-1]  (counsel notified)  Court Rptr none (tely)
                  [Entry date 12/08/99]

12/7/99   90      MEMORANDUM by Defendant GT Development Corp   IN OPPOSITION
                  to Plaintiffs MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1]
                  Reply due 12/21/99 (tely)

12/8/99   92      RESPONSE by Plaintiff Temco Metal Products to Defendants
                  MOTION TO CONSOLIDATE CASE WITH CV99-1664-JE [87-1] Reply
                  due (tely) [Entry date 12/09/99]

12/8/99   93      AFFIDAVIT by Plaintiff Temco Metal Products  of Carol J
                  Bernick re: MOTION response [92-1] (tely)
                  [Entry date 12/09/99]

12/13/99  94      RESPONSE by Plaintiff Temco Metal Products  to Defendants
                  MOTION FOR SUMMARY JUDGMENT [80-1] Reply due 12/27/99; o/a
                  requested (tely) [Entry date 12/14/99]

12/13/99  95      RESPONSE by Plaintiff Temco Metal Products  to [82-1]
                  Defendants statement of material facts & additional concise
                  statement of undisputed facts (tely) [Entry date 12/14/99]

12/13/99  96      AFFIDAVIT by Plaintiff Temco Metal Products  of Carol J
                  Bernick re: MOTION response [94-1] (tely)
                  [Entry date 12/14/99]

12/15/99  97      RECORD OF ORDER   by Honorable Garr M. King GRANTING
                  Defendants ORAL request for extension of time to file a
                  reply to the Plaintiffs response to the  MOTION FOR SUMMARY
                  JUDGMENT [80-1] up to 12/30/99. ORDER resetting the taking
                  of Defendants MOTION for SUMMARY JUDGMENT [80] under
                  advisement as of 1/7/00 (counsel notified) Court Rptr none
                  (tely) [Entry date 12/16/99]
```

```
12/20/99  98    REPLY IN SUPPORT by Defendant GT Development Corp  re
                MOTION TO CONSOLIDATE CASE WITH CV99-1664-JE [87-1] (tely)
                [Entry date 12/21/99]

12/30/99  99    REPLY IN SUPPORT by Defendant GT Development Corp  re
                MOTION FOR SUMMARY JUDGMENT [80-1] (FILED UNDER SEAL) (tely)
                [Entry date 01/03/00]

12/30/99  100   REPLY by Defendant GT Development Corp to Plaintiff's
                statement of material facts & Defendants additional concise
                statement of undisputed facts [95-1] (FILED UNDER SEAL)
                (tely) [Entry date 01/03/00]

12/30/99  101   DECLARATION by Defendant GT Development Corp  of Gregory J
                Miner re MOTION reply [99-1] (FILED UNDER SEAL) (tely)
                [Entry date 01/03/00]
```

Docket as of July 5, 2000 7:48 pm                      Page 12

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp            PROTO

```
2/25/00   102   RECORD OF ORDER  by Honorable Garr M. King  GRANTING
                Defendant's written request, dated 2/24/00 to extend time
                for lodging of the  pretrial order  to  3/20/00 & exchange
                of expert reports deadline is extended to 3/20/00.
                (counsel notified) Court Rptr none (tely)

3/6/00    103   RECORD OF ORDER  by Honorable Garr M. King  SETTING
                telephone conference  for 10:30am on 3/9/00 (counsel
                notified) Court Rptr none (tely)

3/9/00    104   RECORD OF ORDER  Of Telephone Conference by Honorable Garr
                M. King  ORDER setting telephone conference  for 1:15pm on
                3/10/00  (counsel notified) Court Rptr none (tely)

3/10/00   105   RECORD OF PROCEEDINGS Of Telephone Conference  before
                Honorable Garr M. King  ORDER striking pretrial conference
                of 4/17/00 & 4 day jury trial of 4/25/00. Case will be
                consolidated with Temco Metal Products vs Fasolino
                CV99-1664 for trial only. Trial date to be determined at a
                later date. ORDER Plaintiff shall file additional motions
                by 3/17/00. Pretrial order ddl set for 5/24/00 .  (counsel
                notified) Court Rptr Dennis Grube (tely)
                [Entry date 03/13/00]

4/13/00   106   RECORD OF ORDER  by Honorable Garr M. King SETTING
                Plaintiffs MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1]  &
                Defendants MOTION FOR SUMMARY JUDGMENT [80-1] on oral
                argument calendar of 2:00 5/1/00  (counsel notified)  Court
                Rptr none (tely)

5/1/00    107   RECORD OF PROCEEDINGS   before Honorable Garr M. King TAKING
                UNDER ADVISEMENT on 5/1/00 Plaintiff's MOTION FOR PARTIAL
                SUMMARY JUDGMENT [75-1] & Defendants MOTION FOR SUMMARY
                JUDGMENT [80-1]  (counsel notified)  Court Rptr Bob Stimler
                (tely)
```

| | | |
|---|---|---|
| 5/5/00 | 108 | RECORD OF ORDER  by Honorable Garr M. King SETTING Telephone Status Conference  for 9:00amon 5/31/00 (counsel notified) Court Rptr none (tely) [Entry date 05/08/00] |
| 5/8/00 | 109 | OPINION  Defendant GT Development Corporations MOTION FOR SUMMARY JUDGMENT [80-1] is GRANTED in part & DENIED in part;  Plaintiff's MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1] is DENIED (FILED UNDER SEAL)  Signed 5/5/00 by Honorable Garr M. King (counsel notified) (tely) [Edit date 05/08/00] |
| 5/8/00 | 110 | ORDER  by Honorable Garr M. King  GRANTING  in part & DENYING in part Defendant's MOTION FOR SUMMARY JUDGMENT [80-1]; DENYING Plaintiffs MOTION FOR PARTIAL SUMMARY JUDGMENT [75-1] (FILED UNDER SEAL)  Signed 5/5/00 (counsel notified) (tely) |

Docket as of July 5, 2000 7:48 pm                    Page 13

Proceedings include all events.
3:99cv755 Temco Metal Products v. GT Development Corp          PROTO

| | | |
|---|---|---|
| 5/9/00 | 111 | RECORD OF ORDER  by Honorable Garr M. King FINDING Defendants MOTION TO CONSOLIDATE CASE WITH CV99-1664-JE [87-1] as MOOT. The Court has consolidated the cases for trial purposes only (counsel notified)  Court Rptr none (tely) |
| 5/25/00 | 112 | RECORD OF ORDER  by Honorable Garr M. King RESETTING Telephone Status Conference to 9:15am on 5/30/00 (counsel notified) Court Rptr none (tely) |
| 5/30/00 | 113 | RECORD OF PROCEEDINGS Of Telephone Status Conference before Honorable Garr M. King  Discovery ddl set for 6/20/00; expert disclosure ddl set 6/20/00; exchange expert reports ddl set 7/20/00; pretrial order ddl set for 10/24/00; pretrial conference set for 1:30pm on 11/6/00 & 4 day jury trial set for 9:00am on 11/14/00 in Portland (counsel notified)  Court Rptr Kathy Eismann (tely) |
| 5/30/00 | 114 | TRIAL MANAGEMENT ORDER  by Honorable Garr M. King Pretrial conference set for 11/6/00 at 1:30pm; 4 day jury trial set for 11/14/00 at 9am [113-2] Signed 5/30/00 (counsel notified) (tely) |
| 6/6/00 | 115 | STIPULATEDMOTION  by Defendant GT Development Corp TO RESET TRIAL DATE PRESENTLY SET FOR 11/14/00 (tely) |
| 6/6/00 | 116 | DECLARATION by Defendant GT Development Corp  of Gregory J Miner re MOTION TO RESET TRIAL DATE PRESENTLY SET FOR 11/14/00 [115-1] (tely) |
| 6/7/00 | 117 | RECORD OF ORDER  by Honorable Garr M. King GRANTING Defendants stipulated MOTION TO RESET TRIAL DATE PRESENTLY SET FOR 11/14/00 [115-1]. ORDER setting  4 day jury trial for 9:00am on 11/28/00 in Portland (counsel notified) |

```
                    Court Rptr none (tely)

[END OF DOCKET: 3:99cv755]
```